Case No. 9:18-cv-81558-RUIZ

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No. 9:18-cv-81558-RUIZ

| | |
|---|---|
| CLARENCE SIMMONS, et al., on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY,<br><br>Defendants. | ) <u>CLASS ACTION</u><br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to this Court's Order, ECF 260, Plaintiffs, by and through their undersigned counsel, hereby request the dismissal of this action with prejudice, pursuant to Fed. R. Civ. P. 41(a)(2), with the parties to bear their respective fees and costs as agreed in their settlement agreement. Plaintiffs respectfully request that this Court retain jurisdiction for thirty (30) days to enforce the terms of the settlement, if necessary.

DATED:  December 23, 2023

**ROBBINS GELLER RUDMAN
& DOWD LLP**

/s/ *Alexander C. Cohen*

Case No. 9:18-cv-81558-RUIZ

Mark J. Dearman
Florida Bar No. 982407
Lindsey H. Taylor
Florida Bar No. 1027908
Alexander C. Cohen
Florida Bar No. 1002715
225 NE Mizner Boulevard, Suite 720
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
mdearman@rgrdlaw.com
ltaylor@rgrdlaw.com
acohen@rgrdlaw.com