UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CV-81558-RAR

**CLARENCE SIMMONS**, *et al.*,

    Plaintiffs,

v.

**FORD MOTOR COMPANY**,

    Defendant.

_____/

**ORDER OF DISMISSAL**

**THIS CAUSE** comes before the Court upon the Amended Notice of Dismissal with Prejudice [ECF No. 263] ("Notice"), filed on January 2, 2024. The Court having reviewed the Notice, the record, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED** *with prejudice*, with each party to bear its own costs and attorneys' fees. The Clerk is instructed to mark this case **CLOSED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 2nd day of January, 2024.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**